# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : Chapter 7 |
| JOEY'S STEAKHOUSE, LLC | : Bankruptcy No. 09-17170 |
| Debtor(s) | : |
| | |
| GARY F. SEITZ, TRUSTEE | : |
| Plaintiff | : |
| v. | : |
| 6130 WEST, LLC, HENRY P. ALFANO, JOHN DeVIRGILIS, ROBERT LAFLAR, and ANTHONY ALBERTO | : |
| | : Adv. No. 11-745 |
| Defendants | : |

# ORDER

**AND NOW,** upon consideration of the Plaintiff's Motion For Leave to Amend and Supplement the Complaint, the Defendants' Opposition thereto, after hearing held on May 3, 2012, and for the reasons set forth in the attached Opinion, it is hereby

**ORDERED**, that the Motion is granted in part and denied in part; and it is

**FURTHER ORDERED** the Plaintiff may amend Counts II, III, V, VI, VII, and X as proposed within 20 days of the date of this Order. The request to amend the remaining counts is denied without prejudice

By the Court:

_Stephen Raslavich_

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: June 14, 2012

**MAILING LIST:**

Counsel for Trustee

Gary F. Seitz, Esquire
Shannon R. Wing, Esquire
RAWLE & HENDERSON LLP
One S. Penn Square, 16th Floor
The Widener Building
Philadelphia, PA 19107

Counsel for Defendants

Kenneth E. Aaron, Esquire
Lauren N. Schwimmer, Esquire
WEIR & PARTNERS LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107